PHOENIX SCIENTIFIC,
INC., Appellant,

v.

Lorrie PEDEN, Plaintiff,

Division of Employment Security,
Respondent.

No. WD 61686.

Missouri Court of Appeals,
Western District.

March 18, 2003.

Renee Parsons, Saint Joseph, MO, for Appellant.

Sharon A. Willis, Kansas City, MO, for Respondent.

Lorrie Peden, pro se.

Before THOMAS H. NEWTON, P.J., ROBERT G. ULRICH and LISA WHITE HARDWICK, JJ.

## ORDER

PER CURIAM.

Phoenix Scientific, Inc. appeals the Labor and Industrial Relations Commission's Order affirming the Division of Employment Security Appeals Tribunal's decision finding that Lorrie Peden is not disqualified for unemployment compensation benefits because she was discharged but not for misconduct connected with her work. For reasons stated in the Memorandum provided to the parties, the judgment is affirmed. Rule 84.16(b).

Michael Allen GREEN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 61350.

Missouri Court of Appeals,
Western District.

March 18, 2003.

Irene C. Karns, Assistant State Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Shaun Mackelprang, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before HOWARD, P.J., LOWENSTEIN and HARDWICK, JJ.

## ORDER

PER CURIAM.

Michael Green appeals the denial of his Rule 24.035 claim for postconviction relief after an evidentiary hearing. For reasons stated in the Memorandum provided to the parties, we affirm the motion court's judgment. Rule 84.16(b).